FILED
2006 Sep-27 PM 04:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

2006 SEP 27 PM 1:45

2:06-CV-1054-WKW
CV-06-P-1941-S

Jimmie Bozeman

Inmate Identification Number: 163249

(Enter above the full name(s) of the plaintiff(s) in this action)

vs.

Joseph Hoyle, COI
Officer Veronica Boldwin COI
Officer Ruga Bennett COI
Warden Boyd

(Enter above full name(s) of the defendant(s) in this action)

**NOTICE TO FILING PARTY**

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _____ DEPUTY CLERK

I. **Previous lawsuits**

   A. Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
   Yes ( )        No (✓)

   B. If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s): Jimmie Bozeman

         Defendant(s): Joseph Hoyle COI
         Veronica Boldwin COI

2. Court (if Federal Court, name the district; if State Court, name the county) _____

3. Docket number  3-4964

4. Name of judge to whom case was assigned  William Cole

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit  4-13-06

7. Approximate date of disposition  August 28

II. Place of present confinement  KDoay-38

A. Is there a prisoner grievance procedure in this institution?
   Yes ( )    No (✓)

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   Yes ( )    No (✓)

C. If your answer is YES:

   1. What steps did you take? _____

   2. What was the result? _____

D. If your answer is NO, explain why not?  Because there is no inmate grievance in prison

2

II. Parties

In item (A) below, place your name(s) in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff(s) Jimmie Boseman
Richard Bracy Friend
Address 510 7 Union Springs Ala

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item (C) for the names, positions, and places of employment of any additional defendants.

B. Defendant Joseph Hoyle cot
   is employed as Correctional officer
   at Bullock County Correctional

C. Additional Defendants Veronica Boldwin cot
   Warden Boyd
   Captin Henry Perkins
   Captin Nettles

IV. Statement of Claim

State here, as briefly as possible, the FACTS of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.

42 hundred 3 thousand and sixty seven million dollars

3

I had 2 nails To Fix shoes with That is my Hustle my way of making money sence I don't catch The store. I have no money I can't use The Telephone

## V. RELIEF

State briefly **exactly** what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Lay Them off without pay or pay me what I want and give me my freedom I am under court order They Took my good Time 5 months and 13 days away

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

Jimmie Bozeman

Signature(s)

4

_____

_____

_____

_____

_____

_____

V.  **RELIEF**

State briefly <u>exactly</u> what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

_____

_____

_____

_____

_____

_____

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.

_____

_____

_____

_____

**Signature(s)**

4