FILED
2006 Nov-08 PM 02:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JIMMIE BOZEMAN, JR. | )<br>)<br>) 2:06-cv-1054-WKW |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 2:06-cv-1941-RDP-PWG<br>) |
| JOSEPH HOYLE, et al., | )<br>) |
| Defendants. | ) |

**ORDER**

A TRUE COPY
SHARON N. HARRIS, CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
BY: _____
    DEPUTY CLERK

The magistrate judge filed a report and recommendation on October 17, 2006, recommending that this action be transferred to the United States District Court for the Middle District of Alabama. No response had been filed by any party.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and the magistrate judge's recommendation is **ACCEPTED**. It is therefore **ORDERED** that this case be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for further proceedings.

**DONE** and **ORDERED** this ____8th____ day of November, 2006.

R. DAVID PROCTOR
UNITED STATES DISTRICT JUDGE