**UNITED STATES DISTRICT COURT**
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 731-1700

Sharon N. Harris
Clerk

RECEIVED
2006 NOV 27 A 10: 26

November 24, 2006

Debra P. Hackett
Clerk, United States District Court
    Middle District of Alabama
Frank M. Johnson, Jr., U.S. Courthouse Complex
P.O. Box 711
Montgomery, AL 36101-0711

Case Number: 2:06-cv-1941-RDP

Dear Clerk:

In accordance with the order of this court entered on 11/08/2006, the above-entitled civil action is transferred to your court. Enclosed is a certified copy of the docket entries and a certified copy of the original file. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

SHARON N. HARRIS, CLERK

By: _____
Deputy Clerk

PDM:ksp

Enclosures