IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JIMMIE BOZEMAN, #163240, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1054-WKW |
| | ) (WO) |
| JOSEPH HOYLE, COI, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On December 13, 2006, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is hereby ORDERED that:

1. The Recommendation (Doc. # 7) is ADOPTED.

2. The motion for leave to proceed *in forma pauperis* filed by the plaintiff (Doc. # 6) is DENIED.

3. This case is hereby DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

An appropriate judgment shall be entered.

DONE this 16th day of January, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE